IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 00-JEO-2603-S |
| XEROX CONNECT, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On June 19, 2001, the magistrate judge assigned this matter entered a Report and Recommendation that the defendants' motion to dismiss the Alabama Age Discrimination in Employment Act (AADEA) claim of the plaintiff's complaint (Count Two) be granted. No objections have been filed. The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's AADEA claim is due to be dismissed. An appropriate order will be entered.

DONE, this 19 day of July, 2001.

ROBERT B. PROPST,
Senior United States District Judge